IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALL AMERICA INSURANCE COMPANY, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> ATAIN SPECIALTY INSURANCE COMPANY, MIDAHER FLOORING, INC., AND G&F GROUP, LLC, <br><br> Third-Party Defendants. | Civil Action No.:  2:23-cv-00139-SCJ |

## JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff TRAVELERS PROPERTY CASUALTY

COMPANY OF AMERICA; Defendant/Third Party Plaintiff ALL AMERICA

INSURANCE COMPANY; and Third-Party Defendants ATAIN SPECIALTY

INSURANCE COMPANY, MIDAHER FLOORING, INC., AND G&F GROUP,

LLC and show the Court that a settlement of all claims has been reached in this matter.

Therefore, the parties request, pursuant to Fed. R. Civ. Pro. 41, an Order from the Court

dismissing this civil action in its entirety with prejudice. A proposed Order of

Dismissal with Prejudice is attached to this Motion.

Respectfully submitted, this 20th day of November, 2024.

**Dodson & Associates**

/s/ - *Stephanie F. Brown*
Stephanie F. Brown, Esq.
State Bar No. 299030
1000 Windward Concourse, Suite 210
Alpharetta, GA 30005
sfbrown@travelers.com
*Attorney for Plaintiff Travelers Property Cas. Co. of America*

**Goodman McGuffey LLP**

/s/- *Stephanie F. Glickauf*
Stephanie F. Glickauf
State Bar No. 257540
DEMETRIUS A. WILLIAMS GA State Bar No. 554913
5600 Glenridge Drive NE,
Suite 600 West
Atlanta, GA 30342-6902
(404) 264-1500 Phone
404) 264-1737 Fax
SGlickauf@GM-LLP.com
DWilliams@GM-LLP.com
*Attorneys for Defendant/Third Party Plaintiff All America Insurance Company*

**Wood Smith Henning & Berman, LLP**

/s/ - Trevor J. Peck
Trevor J. Peck
Georgia State Bar No. 864947
1230 Peachtree Street NE, Suite 2350
Atlanta, GA 30309
tpeck@wshblaw.com
*Attorneys for Third Party Defendants*
*ATAIN SPECIALTY INSURANCE*
*COMPANY, MIDAHER FLOORING, INC., AND G&F GROUP, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALL AMERICA INSURANCE COMPANY, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> ATAIN SPECIALTY INSURANCE COMPANY, MIDAHER FLOORING, INC., AND G&F GROUP, LLC, <br><br> Third-Party Defendants. | Civil Action No.: 2:23-cv-00139-SCJ |

## CERTIFICATE OF COMPLIANCE WITH LR 5.1(B)(C)

This is to certify that the foregoing pleading was prepared using Times New

Roman 14-point font in accordance with LR 5.1(B)(C).

Dated: This 20th day of November, 2024.

By: /s/ Stephanie Brown
      Stephanie F. Brown
      Georgia Bar No. 299030
      *Attorney for Plaintiff*

DODSON & ASSOCIATES
1000 Windward Concourse #210
Alpharetta, GA 30005
Phone: 678 317 8561
Fax: 844 855 8988
E-mail:  sfbrown@travelers.com

**Documents that *cannot* be sent electronically should be mailed to:**
P.O. Box 2903
Hartford, CT 06104-2903

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day served the foregoing on all counsel of record in this action via ECF and email.

Dated: This 20th day of November,  2024.


By: /s/ Stephanie Brown
Stephanie F. Brown
Georgia Bar No. 299030
Attorneys for Plaintiff

DODSON & ASSOCIATES
1000 Windward Concourse #210
Alpharetta, GA 30005
Phone: 678 317 8561
Fax: 844 855 8988
E-mail:  sfbrown@travelers.com
**Documents that *cannot* be sent electronically should be mailed to:**
P.O. Box 2903
Hartford, CT 06104-2903

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br> ALL AMERICA INSURANCE COMPANY,<br><br>    Defendant/Third-Party Plaintiff,<br><br>    v.<br><br> ATAIN SPECIALTY INSURANCE COMPANY, MIDAHER FLOORING, INC., AND G&F GROUP, LLC,<br><br>    Third-Party Defendants. | Civil Action No.:  2:23-cv-00139-SCJ |

**PROPOSED ORDER DISMISSING CASE WITH PREJUDICE**

THIS case came before the Court upon the parties' Joint Motion for an Order of Dismissal with Prejudice. The Court has reviewed the record and having been advised that the parties reached a settlement, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.  The Clerk of Court shall close this case.

SO ORDERED this _____ day of _____, 2024.


_____
The Honorable Steve C. Jones
United States District Court Judge