IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALL AMERICA INSURANCE COMPANY,<br><br>    Defendant/Third-Party Plaintiff,<br><br>  v.<br><br>ATAIN SPECIALTY INSURANCE COMPANY, MIDAHER FLOORING, INC., AND G&F GROUP, LLC,<br><br>    Third-Party Defendants. | Civil Action No.:  2:23-cv-00139-SCJ |

**ORDER DISMISSING CASE WITH PREJUDICE**

THIS case came before the Court upon the parties' Joint Motion for an Order of Dismissal with Prejudice. The Court has reviewed the record and having been advised that the parties reached a settlement, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.  The Clerk of Court shall close this case.

SO ORDERED this 20th day of November, 2024.

_____
The Honorable Steve C. Jones
United States District Court Judge